**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLAS IVAN MEREZKO,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  2:14-CR-226-KJD-(CWH)<br>)<br>)<br>)<br>) |

**FINAL ORDER OF FORFEITURE AS TO NICOLAS IVAN MEREZKO**

On August 20, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant NICOLAS IVAN MEREZKO to the United States of America. Criminal Information, ECF No. 16; Plea Agreement, ECF No. 18; Change of Plea, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 22.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 22), listing the following assets, is final as to defendant NICOLAS IVAN MEREZKO:

1. Romarm/Cugir GP/WASR-10/63 semi-automatic rifle bearing serial number 1968A02345;
2. an Eagle Arms M-15 semi-automatic rifle bearing serial number US254216;
3. a Taurus PT99AF semi-automatic pistol bearing serial number TML30868D;

4. one hundred (100) rounds of WPA 7.62 by 39 millimeter (mm) ammunition in a box;

5. one hundred (100) rounds of WPA 9 mm ammunition in a box;

6. one hundred and sixty (160) rounds of Wolf Gold .223 Remington ammunition (boxed); and

7. any and all ammunition.

DATED this <u>1st</u> day of <u>  December  </u> 2014.

                                      UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture as to Defendant on November 26, 2014, by the below identified method of service:

<u>CM/ECF</u>

William Carrico
Assistant Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Counsel for Nicolas Ivan Merezko

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
Asset Forfeiture Paralegal