# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-226-KJD-(CWH) |
| NICOLAS IVAN MEREZKO, | ) |
| Defendant. | ) |

# FINAL ORDER OF FORFEITURE

On August 20, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant NICOLAS IVAN MEREZKO to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant NICOLAS IVAN MEREZKO pled guilty. Criminal Information, ECF No. 16; Plea Agreement, ECF No. 18; Change of Plea, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 22.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 5, 2014, through January 3, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 27.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Romarm/Cugir GP/WASR-10/63 semi-automatic rifle bearing serial number 1968A02345;
2. an Eagle Arms M-15 semi-automatic rifle bearing serial number US254216;
3. a Taurus PT99AF semi-automatic pistol bearing serial number TML30868D;
4. one hundred (100) rounds of WPA 7.62 by 39 millimeter (mm) ammunition in a box;
5. one hundred (100) rounds of WPA 9 mm ammunition in a box;
6. one hundred and sixty (160) rounds of Wolf Gold .223 Remington ammunition (boxed); and
7. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

2

1   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2   certified copies to the United States Attorney's Office.
3   DATED this  5th  day of February, 2015.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```